UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,   Case No. 5:26-mj-1026-PRL

    Plaintiff,  ☐
    Government  ☒

☐ Evidentiary
☐ Trial
☒ Other

v.

ERIC DEVON LAZENBY

    Defendant  ☒

# EXHIBIT LIST FOR DETENTION HEARING

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 2/5/26 | 2/5/26 | | Affidavit for Arrest Warrant Charlotte County Circuit Cout Case Number 12001250F (Docket Number 5-Filed 7/31/2012) |
| 2 | 2/5/26 | 2/5/26 | | Violation Report Charlotte County Circuit Court Case Number 12001250F (Docket Number 65-Filed 9/22/2015) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |